NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEMORYLINK CORP.,**

*Plaintiff-Appellant,*

**v.**

**MOTOROLA, INC., JONATHAN P. MEYER, HUGH C. DUNLOP, THOMAS G. BERRY, J. RAY WOOD, and TERRI S. HUGHES,**

*Defendants-Appellees.*

---

2010-1533

---

Appeal from the United States District Court for the Northern District of Illinois in No. 09-CV-7401, Judge William J. Hibbler.

---

**JUDGMENT**

---

PAUL E. SCHAAFSMA, Novus IP, LLC, of Chicago, Illinois, argued for plaintiff-appellant.

ANNE M. SIDRYS, P.C., Kirkland & Ellis, LLP, of Chicago, Illinois, argued for defendants-appellees. With her on the brief were NYIKA O. STRICKLAND and JOEL R. MERKIN. Of counsel was JESS M. KRANNICH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 8, 2011       /s/ Jan Horbaly
Date       Jan Horbaly
Clerk